IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES JOHNS**                                                                                         **PLAINTIFF**
**ADC #655824**

v.                                              **NO. 1:14CV00079 JLH/BD**

**JOHN FERGASON, et al.**                                                                       **DEFENDANTS**

## ORDER

Plaintiff James Johns filed this lawsuit *pro se* while he was an inmate at the Independence County Detention Center. (Docket entry #2) Johns's mail was later returned to the Court. (#21) The returned mail indicated that it had been forwarded to Johns's private address in McCrory, Arkansas. Therefore, the Court instructed the Clerk of the Court to update Mr. Johns's address.

Later, mail addressed to Johns at the McCrory address was returned to the Court as undeliverable. (#22) Therefore, the Court directed Johns to provide the Court an updated address within thirty days. (#24) Mr. Johns was cautioned that his claims could be dismissed if he failed to comply with the Court's order.

Mr. Johns has not complied with the Court's March 13, 2015 Order, and the time allowed for doing so has passed. Accordingly, Johns's claims are dismissed, without prejudice, under Local Rule 5.5(c)(2), for failure to prosecute and comply with a Court Order. The Clerk is directed to close this case.

IT IS SO ORDERED this 17th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE