IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES JOHNS**                                                                                              **PLAINTIFF**
**ADC #655824**

v.                                          NO. 1:14CV00079 JLH/BD

**JOHN FERGASON, et al.**                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED this 17th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE